Activity in Case MDL No. 2272 IN RE: Zimmer NexGen Knee Implant Products Liability Litigation CTO Final Minute Order (Clerks)
JPMLCMECF
to:
JPMLCMDECF
12/26/2012 06:09 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/26/2012 at 9:08 AM EST and filed on 12/26/2012
**Case Name:**       IN RE: Zimmer NexGen Knee Implant Products Liability Litigation
**Case Number:**     MDL No. 2272
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in

NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

| | |
|---|---|
| **Case Name:** | Kallsen et al v. Zimmer Inc et al |
| **Case Number:** | INN/3:12-cv-00681 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:** Fenn v. Zimmer Holdings, Inc. et al.
**Case Number:** CAE/1:12-cv-01559
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:** Selzer v. Zimmer, Inc. et al
**Case Number:** ILC/3:12-cv-03252
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL**

No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

Case Name: FUENTES et al v. ZIMMER, INC. et al
Case Number: NJ/2:12-cv-05045
Filer:
Document Number: No document attached

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:** Koenig et al v. Zimmer, Inc., et al
**Case Number:** NYW/1:12-cv-01203
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:** Perry v. Zimmer, Inc. et al
**Case Number:** NV/2:12-cv-02052
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in**

DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

**Case Name:**    Lynette Jean Hanson v. Zimmer Inc et al
**Case Number:**    CAC/2:12-cv-05339
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a

certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

**Case Name:** Hurley v. Zimmer, Inc. et al
**Case Number:** NYS/7:12-cv-06993
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

**Case Name:** Taylor v. Zimmer, Inc. et al
**Case Number:** LAW/3:12-cv-02607
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:**    Sippert et al v. Zimmer, Inc. et al
**Case Number:**    MIE/2:12-cv-14994
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Fleury v. Zimmer, Inc. et al |
| **Case Number:** | MOE/4:12-cv-02221 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHS/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

| | |
|---|---|
| **Case Name:** | MORRIS et al v. ZIMMER, INC. et al |
| **Case Number:** | PAE/2:12-cv-05699 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

| | |
|---|---|
| **Case Name:** | Heckathorn et al v. Zimmer, Inc. et al |
| **Case Number:** | OHS/2:12-cv-00709 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

**Case Name:**    McWhorter v. Zimmer Inc. et al
**Case Number:**   OHN/5:12-cv-02914
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

**Case Name:**    Strain v. Zimmer, Inc. et al
**Case Number:**   CO/1:12-cv-03101

**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

**Case Name:**      Gordon Melvin v. Zimmer Inc et al
**Case Number:**    CAC/2:12-cv-05340
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-

**02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:**      Wilhelminia Cherry v. Zimmer Inc et al
**Case Number:**    CAC/2:12-cv-02884
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**<span style="color:red">\*\*\*TEXT ONLY ENTRY\*\*\*</span>**

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:** Hughes v. Zimmer, Inc., et al
**Case Number:** OHN/1:12-cv-02618
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:** ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION et al v. ZIMMER, INC. et al
**Case Number:** NJ/1:12-cv-06819
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL**

**No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

Case Name:      RUBENSTEIN v. ZIMMER HOLDINGS, INC., ET AL
Case Number:    DC/1:12-cv-01791
Filer:
Document Number:No document attached

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:**      Spencer v. Zimmer, Inc. et al
**Case Number:**   OR/3:12-cv-01172
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:**      Perry et al v. Zimmer, Inc. et al
**Case Number:**   KS/6:12-cv-01357
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in**

DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

| | |
|---|---|
| **Case Name:** | Herron et al v. Zimmer, Inc. et al |
| **Case Number:** | MOE/4:12-cv-02222 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a

certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:**  Hall v. Zimmer, Inc. et al
**Case Number:**  KYW/3:12-cv-00683
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:**  TUGGLE v. ZIMMER, INC. et al
**Case Number:**  PAE/2:12-cv-05252
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:** Miller v. Zimmer, Inc. et al
**Case Number:** OHN/3:12-cv-02272
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

| | |
|---|---|
| **Case Name:** | LICHTENBERGER v. ZIMMER, INC. et al |
| **Case Number:** | INS/3:12-cv-00167 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

| | |
|---|---|
| **Case Name:** | Boy et al v. Zimmer, Inc. et al |
| **Case Number:** | MOE/4:12-cv-02062 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.**

**Associated Cases: MDL No. 2272 et al. (trb)**

**Case Name:** Ceresoli v. Zimmer, Inc. et al
**Case Number:** NYN/6:12-cv-01404
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on**

Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

**Case Name:** Comage v. Zimmer, Inc. et al
**Case Number:** MIW/1:12-cv-00947
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-133) Finalized on 12/26/2012. Please see pleading (3 in CAC/2:12-cv-02884, 3 in CAC/2:12-cv-05339, 3 in CAC/2:12-cv-05340, 3 in CAE/1:12-cv-01559, 3 in CO/1:12-cv-03101, 3 in DC/1:12-cv-01791, 3 in ILC/3:12-cv-03252, 3 in INN/3:12-cv-00681, 3 in INS/3:12-cv-00167, 3 in KS/6:12-cv-01357, 3 in KYW/3:12-cv-00683, 3 in LAW/3:12-cv-02607, [1051] in MDL No. 2272, 3 in MIE/2:12-cv-14994, 3 in MIW/1:12-cv-00947, 3 in MOE/4:12-cv-02062, 3 in MOE/4:12-cv-02221, 3 in MOE/4:12-cv-02222, 3 in NJ/1:12-cv-06819, 3 in NJ/2:12-cv-05045, 3 in NV/2:12-cv-02052, 3 in NYN/6:12-cv-01404, 3 in NYS/7:12-cv-06993, 3 in NYW/1:12-cv-01203, 3 in OHN/1:12-cv-02618, 3 in OHN/3:12-cv-02272, 3 in OHN/5:12-cv-02914, 3 in OHS/2:12-cv-00709, 3 in OR/3:12-cv-01172, 3 in PAE/2:12-cv-05252, 3 in PAE/2:12-cv-05699).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Illinois for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel Jeffery N. Luthi on 12/26/2012.

Associated Cases: MDL No. 2272 et al. (trb)

**No public notice (electronic or otherwise) sent because the entry is private**